<div style="text-align:center">

**UNITED STATES COURT OF APPEALS**
For the Fourth Circuit
Post Office Box 10857
Greenville, South Carolina 29603

</div>

William W. Wilkins
Chief Judge

Telephone (864) 233-7081
Facsimile (864) 242-0489

March 27, 2007

**VIA FACSIMILE**

Honorable Robert James Conrad, Jr.
Chief Judge
United States District Court
235 Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, NC 28202

> Re:   **Designation of the Honorable William L. Osteen,**
>       **Senior District Judge for the Middle District of North Carolina**

Dear Judge Conrad:

    Enclosed is a Designation indicating my willingness for Judge William L. Osteen, Senior United States District Judge for the Middle District of North Carolina, to assist the court in the Western District of North Carolina beginning April 2, 2007.

<div style="margin-left:50%">

Sincerely,

*William W. Wilkins*

William W. Wilkins

</div>

cc:  Hon. James A. Beaty, Jr.
     Hon. William L. Osteen
     Mr. Frank G. Johns
     Samuel W. Phillips, Circuit Executive
     Patricia S. Connor, Clerk

AO Form 25B (Rev. 6/83)

# DESIGNATION OF DISTRICT JUDGE
# FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT

WHEREAS, in my judgment the public interest so requires: Now, therefore, pursuant to the provisions of Title 28, United States Code,. Section 292 (b), I do hereby designate and assign the Honorable William L. Osteen, Senior United States District Judge for the Middle District of North Carolina, to hold a district court in the Western District of North Carolina during the period beginning April 2, 2007, and ending December 31, 2007, and for such additional time in advance thereof to prepare for the trial of cases, or thereafter as may be required to complete unfinished business.

*William W. Wilkins*
William W. Wilkins
Chief Judge, Fourth Circuit

Dated: March 27, 2007